UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| HEMP QUARTERS 605 LLC, | ) | |
| | ) | 3:24-CV-03016-ECS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GOVERNOR KRISTI NOEM, IN HER | ) | MOTION FOR |
| OFFICIAL CAPACITY AS | ) | SUMMARY JUDGMENT |
| GOVERNOR OF THE STATE OF | ) | |
| SOUTH DAKOTA; ATTORNEY | ) | |
| GENERAL MARTY JACKLEY, IN | ) | |
| HIS OFFICIAL CAPACITY AS | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF SOUTH DAKOTA; AND | ) | |
| CASEY DEIBERT, IN HER | ) | |
| OFFICIAL CAPACITY AS STATE'S | ) | |
| ATTORNEY FOR HUGHES | ) | |
| COUNTY, SOUTH DAKOTA, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, the above-named Defendants, through undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby move this Court for an Order of summary judgment pursuant to Rule 56(a), Fed. R. Civ. P.  This motion is supported by the accompanying Brief in Support of Motion for Summary Judgment and Statement of Undisputed Material Facts.  There are no material facts in dispute and Defendants are entitled to judgment as a matter of law.  Accordingly, Defendants move this Court for entry of judgment in their favor and dismissing each of Plaintiff's claims in their entirety, with prejudice.

**[Signature on following page]**

Dated this 14th day of July, 2025.

                                                */s/ Grant M. Flynn*
                                                Grant M. Flynn
                                                Assistant Attorney General
                                                1302 E. Hwy 14, Suite 1
                                                Pierre, SD  57501-8501
                                                Telephone: (605) 773-3215
                                                E-mail: atgservice@state.sd.us

usdc_ GMF (mb)