UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| HEMP QUARTERS 605 LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNOR KRISTI NOEM, IN HER ) <br> OFFICIAL CAPACITY AS ) <br> GOVERNOR OF THE STATE OF ) <br> SOUTH DAKOTA; ATTORNEY ) <br> GENERAL MARTY JACKLEY, IN ) <br> HIS OFFICIAL CAPACITY AS ) <br> ATTORNEY GENERAL OF THE ) <br> STATE OF SOUTH DAKOTA; AND ) <br> CASEY DEIBERT, IN HER ) <br> OFFICIAL CAPACITY AS STATE'S ) <br> ATTORNEY FOR HUGHES ) <br> COUNTY, SOUTH DAKOTA, ) <br> ) <br> Defendants. ) | 3:24-CV-03016-ECS <br><br> STATEMENT OF UNDISPUTED MATERIAL FACTS |

COMES NOW, the above-named Defendants by and through their undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby submit, pursuant to D.S.D. CIV LR 56.1, Local Rules of Practice of the United States District Court, this Statement of Undisputed Material Facts in support of their Motion for Summary Judgment.

1. Pursuant to the Federal Controlled Substances Act, "marijuana" or "marijhuana" is defined as "all parts of the plant Cannabis sativa L., whether growing or not; the seeds thereof; the resin extracted from any part of such plant; and every compound, manufacture, salt, derivative, mixture, or preparation of such plant, its seeds or resin." 21 U.S.C.A. § 802(16)(A).

2. Exempted from this definition are "**(i)** hemp, as defined in section 1639*o* of Title 7; or **(ii)** the mature stalks of such plant, fiber produced

from such stalks, oil or cake made from the seeds of such plant, any other compound, manufacture, salt, derivative, mixture, or preparation of such mature stalks (except the resin extracted therefrom), fiber, oil, or cake, or the sterilized seed of such plant which is incapable of germination." 21 U.S.C.A. § 802(16)(B).

3. Hemp is defined by 7 U.S.C. §1639*o*(1) as "the plant Cannabis sativa L. and any part of that plant, including the seeds thereof and all derivatives, extracts, cannabinoids, isomers, acids, salts, and salts of isomers, whether growing or not, with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis."

4. Marihuana, or marijuana, is a Schedule 1 controlled substance pursuant to 21 U.S.C.A. § 812, Schedule 1, (c)(10).

5. The Agricultural Improvement Act of 2018 (2018 Farm Bill) was signed into law on December 20, 2018. Agricultural Improvement Act of 2018, Pub L. No. 115-334, 132 Stat. 4490. *See also generally* Doc. 1-1.

6. The 2018 Farm Bill removed hemp from schedule 1 of the Controlled Substance Act. *Id.*

7. The 2018 Farm Bill legalized the cultivation and possession of hemp. *Id.*

8. The Farm Bill authorizes states and Indian tribes to oversee hemp production so long as the state or tribe has a plan for hemp cultivation and production approved by the United States Department of Agriculture. *Id.*

9. The State of South Dakota, pursuant to United States Department of Agriculture regulation, developed an Industrial Hemp Plan to provide state regulation for industrial hemp in South Dakota. Doc. 27., Ex. 1.

10. The Farm Bill contains an explicit "No Preemption" clause that reads as follows: Nothing in this subsection preempts or limits any law of a State or Indian tribe that – (i) regulates the production of hemp; AND (ii) is more stringent than this subchapter. Agricultural Improvement Act of 2018, Pub L. No. 115-334, 132 Stat. 4490. *See also* Doc. 1-1, 13-20.

11. Additionally, the Farm Bill specifically sets forth that "No State or Indian Tribe shall prohibit the transportation or shipment of hemp or

    hemp products produced in accordance with subtitle G of the Agricultural Marketing Act of 1946 (as added by section 10113) through the State or the territory of the Indian Tribe, as applicable." *Id.* at 19.

12. In 2024, the 99th Session of the South Dakota Legislature introduced and passed House Bill 1125 (HB 1125), regulating hemp. Doc. 23, Ex. 1.

13. Governor Noem signed HB 1125 on March 18, 2024. House Bill 1125 (2024) https://sdlegislature.gov/Session/Bill/24425 (last visited Jun. 12,2025).

14. The criminal penalty established by HB 1125 is set forth in SDCL 34-20B-1(3) and states:

    No person or entity may:

        (1)    Chemically modify or convert industrial hemp as defined in § 38-35-1, or engage in any process that converts cannabidiol, into delta-8 tetrahydrocannabinol, delta9 tetrahydrocannabinol, delta-10 tetrahydrocannabinol, or any other tetrahydrocannabinol isomer, analog, or derivative; or

        (2)    Sell or distribute industrial hemp or an industrial hemp product that contains chemically derived cannabinoids or cannabinoids created by chemically modifying or converting a hemp extract.

    A violation of this section is a Class 2 misdemeanor.

    *See* SDCL 34-20B-118.

15. HB 1125 further defines a "chemically derived cannabinoid as a chemical substance created by a chemical reaction that changes the molecular structure of any chemical substance derived from the cannabis plant. The term does not include:

    (a) Cannabinoids produced by decarboxylation from a naturally occurring cannabinoid acid without the use of a chemical catalyst;

    (b) Non-psychoactive cannabinoids; or

    (c) Cannabinoids in a topical cream product.

    *See* SDCL 34-20B-1(3).

16. Plaintiff, Hemp Quarters 605, LLC, is located in Pierre, South Dakota. Doc. 8-2, 8-3.

17. Plaintiff is a retail establishment that sells hemp plants and hemp-derived products in South Dakota. *Id.*

18. Plaintiff's business functions solely as a retailer. *Id.*

19. Plaintiffs do not intentionally produce, manufacture, or chemically modify any hemp products. *Id.*

20. Plaintiff derives 60-70% of their revenue through the sale of hemp-derived products. *Id.*

Dated this 14th day of July 2025.

                    */s/ Grant M. Flynn*
                    Grant M. Flynn
                    Assistant Attorney General
                    1302 E. Hwy 14, Suite 1
                    Pierre, SD  57501-8501
                    Telephone: (605) 773-3215
                    E-mail: atgservice@state.sd.us

usdc_GMF (mb)